**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kizzy Tawanna JOHNSON, Defendant–Appellant.**

No. 05–13665
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 14, 2006.

Lila V. Cleveland, Mobile, AL, for Defendant–Appellant.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before CARNES, PRYOR and COX, Circuit Judges.

PER CURIAM:

Lila V. Cleveland, appointed counsel for Kizzy Tawanna Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Tawanna's conviction and sentence are **AFFIRMED**.